**v.**

**The STATE of Texas, Appellee.**

**No. 28750.**

Court of Criminal Appeals of Texas.

Jan. 9, 1957.

**Vernell BROWN, Appellant.**

**v.**

**The STATE of Texas, Appellee.**

**No. 28687.**

Court of Criminal Appeals of Texas.

Jan. 2, 1957.

No attorney for appellant of record on appeal.

Dan Walton, Dist. Atty., Eugene Brady and Thomas D. White, Asst. Dist. Attys.,

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the offense of unlawfully operating a motor vehicle upon a public highway while intoxicated; the punishment, 3 days in jail and a fine of $50.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.